```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
FRANK RODRIGUEZ,                                                     :
                                                                     :
                           Plaintiff,                                :       21-CV-4255(JMF)
                                                                     :
              -v-                                                    :         REVISED
                                                                     :     SCHEDULING ORDER
CITY OF NEW YORK,                                                    :
                                                                     :
                           Defendants.                               :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **August 18, 2021**, is RESCHEDULED for **September 1, 2021**, at **3:45 p.m.** As stated in the Court's prior Order at ECF No. 11, the conference will be conducted remotely by teleconference.

SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge