UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANK RODRIGUEZ,

                        Plaintiff,                    21-CV-04255 (JMF) (SN)

      -against-                                      **ORDER**

CITY OF NEW YORK,

                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Wednesday, August 4, 2021, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As stated in Judge Furman's Order, the parties are directed to schedule a settlement conference after December 30, 2021. Accordingly, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates by November 15, 2021.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      August 4, 2021
                New York, New York