**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
15 Maiden Lane, Suite 1202
New York, NY 10038
(212) 233-9385

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

FRANK RODRIGUEZ,                                21 cv-4255 (JMF)(SN)

                Plaintiff,                        **ORDER**
                                                  **AND STIPULATION**
     -against-                              **OF DISMISSAL**

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for the parties in the captioned action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the captioned action having been settled, it be and hereby is dismissed with prejudice, but without costs to any party.

Dated:    New York, New York
               January _10_, 2022

                                                          FRIEDMAN, JAMES & BUCHSBAUM LLP
                                                          Attorneys for Plaintiff

                                 By: _____
                                                           Bernard D. Friedman
                                                          15 Maiden Lane, Suite 1202
                                                          New York, NY 10038
                                                          (212) 233-9385
                                                          bfriedman@friedmanjames.com

GEORGIA M. PESTANA
CORPORATION COUNSEL FOR
CITY OF NEW YORK

By: _____
SOSIMO FABIAN, CHIEF, SLU
100 Church Street
New York, NY 10007
(212) 356-7110
mfinkels@law.nyc.gov

1/10/2022

SO ORDERED:

_____
U.S.D.J.

March 11, 2022

2